UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RONALDO OSORTO RIVERA (A-206-247-828), <br><br> Petitioner, <br><br> v. <br><br> WARDEN, California City Correctional Center, et al., <br><br> Respondents. | No.  2:26-cv-01045 DAD CSK <br><br><br> ORDER |

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On March 25, 2026, the district court converted petitioner's motion for a temporary restraining order to a motion for preliminary injunction, granted the preliminary injunction, ordered petitioner's immediate release, and referred the matter to the undersigned for further proceedings.  (ECF No. 8.)  Within 7 days of the date of this order, respondents shall file a Status Report to confirm that petitioner was released from custody as ordered by the district court.

On March 24, 2026, respondents filed a response to the petition and opposition to the request for injunctive relief.  (ECF No. 7.)   If additional briefing is needed to decide the petition

1

on the merits, within 10 days of the date of this order, petitioner may file a reply to the response to the petition and opposition to the request for injunctive relief.   If petitioner does not file a reply by this deadline, the petition will be deemed submitted on the record currently before the court without any additional briefing.

Accordingly, IT IS HEREBY ORDERED that:

1.  Given petitioner's pro se status, within 7 days of the date of this order, respondents shall file a Status Report to confirm that petitioner was released from custody as ordered by the district court.

2.  Petitioner's reply, if any, is due 10 days from the date of this order.

3.  Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective.  L.R. 182(f).

Dated:  March 30, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Rive1045.100.imm/2

2